**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **GRANT** appellant's December 2, 2014 motion for an extension of time to file a reply

brief  to the extent that appellant shall file a reply brief by **DECEMBER 31, 2014**.


/s/ CAROLYN WRIGHT
CHIEF JUSTICE